**744**

## PROVIDENCE TEACHERS UNION

v.

## PROVIDENCE SCHOOL COMMITTEE.

### No. 79–235–Appeal.

Supreme Court of Rhode Island.

March 19, 1980.

Abedon, Michaelson, Stanzler, Biener, Skolnik & Lipsey, Julius C. Michaelson, Richard A. Skolnik, Providence, for plaintiff.

Vincent J. Piccirilli, Providence, for defendant.

### ORDER

The order entered on February 14, 1980 in the above-entitled matter is hereby withdrawn.

DORIS, J., did not participate.

## PROVIDENCE TEACHERS UNION

v.

## PROVIDENCE SCHOOL COMMITTEE.

### No. 79–236–Appeal.

Supreme Court of Rhode Island.

March 19, 1980.

Abedon, Michaelson, Stanzler, Biener, Skolnik & Lipsey, Julius C. Michaelson, Providence, for plaintiff.

Vincent J. Piccirilli, Providence, for defendant.

### ORDER

This matter comes before us on a motion by the plaintiff to affirm a judgment of the Superior Court confirming an arbitrator's award. This motion was filed pursuant to our Rule 16(g). Oral argument was presented by the parties on February 8, 1980. Pursuant to principles enunciated in *Jacinto v. Egan*, R.I., 391 A.2d 1173 (1978), and *Belanger v. Matteson*, 115 R.I. 332, 346 A.2d 124 (1975), the motion to affirm is hereby granted.

DORIS, J., did not participate.

## Hubbard PHELPS et al.

v.

## BAY STREET REALTY CORPORATION.

### No. 78–315–A.

Supreme Court of Rhode Island.

April 14, 1980.

Edwards & Angell, John H. Blish, Swan, Jenckes, Asquith & Davis, Andrew H. Davis, Jr., Providence, for plaintiffs.

S. Thomas Cotroneo, Johnston, for defendant.

### ORDER

This case came before us on April 9, 1980 pursuant to our order directing plaintiffs to appear and show cause why their appeal should not be dismissed. After consideration of the arguments presented, we believe that cause has been shown. Accordingly, it is hereby ordered that this appeal be restored to the regular calendar.